IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGARDO MUNOZ,**<br><br>                                    Petitioner,<br><br>    v.<br><br>**MIKE MCDONALD, Warden,**<br><br>                                    Respondents. | 2:08-cv-2289 WBS JFM (HC)<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty day extension of time (#11) to and including January 21, 2009, to file Respondent's answer to the petition for writ of habeas corpus, is hereby GRANTED. Petitioner's traverse, if any, shall be filed thirty days thereafter.

Dated:  January 5, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; muno2289.eot

1